**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BERGEN ROCKLAND ERUV ASSOCIATION
INC., et al.,

        Plaintiff(s),

  -against-

THE BOROUGH OF MONTVALE,

        Defendant(s).
-----------------------------------------------------------X

Index No. 2:17-cv-08632

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                S.S.:
COUNTY OF ROCKLAND)

        BRENDAN COLLISHAW, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 24TH day of OCTOBER, 2017, at approximately 12PM, deponent served a true copy of the SUMMONS & COMPLAINT upon BOROUGH OF MONTVALE at 12 MERCEDES DRIVE, MONTVALE, NJ 07645 by personally delivering and leaving the same with JANET RUSSO, who informed deponent that SHE is authorized by BOROUGH OF MONTVALE to receive service at that address.

        JANET RUSSO is a WHITE FEMALE, approximately 55 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with BROWN hair and BLUE eyes.

_____
BRENDAN COLLISHAW

Sworn to before me this
26TH day of OCTOBER, 2017

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com