PHILIP N. BOGGIA, ESQ.
BOGGIA & BOGGIA, LLC
71 Mt. Vernon Street
Ridgefield Park, New Jersey 07660
Tel: (201) 641-0006
Fax: (201) 641-6649
Attorneys for Defendant Borough of Montvale

**UNITED STATES DISTRICT COURT**
**DISTICT OF NEW JERSEY**

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, INC., SARAH BERGER, MOSES BERGER, CHAIM BREUER, JOEL FRIEDMAN, ARYA RABINOVITS, YOSEF ROSEN, and TZVI SCHONFELD,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOROUGH OF MONTVALE,<br><br>Defendant. | Civil Action No. 2:17-cv-08632<br><br>APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)<br><br>Filed Electronically |

Application is hereby made for a Clerk's Order pursuant to Local Rule of Civil Procedure 6.1(b) of the United States District Court for the District of New Jersey extending time within which Defendant Borough of Montvale ("Defendant") may answer, move or otherwise respond to Plaintiffs' Complaint herein, and it is represented that: (i) Plaintiffs' Complaint was filed with the United States District Court for the District of New Jersey on October 18, 2017; (ii) Defendant Borough of Montvale was served with the Summons and Complaint on October 24, 2017; (iii) consequently, Defendant may answer, move or otherwise respond by November 14, 2017; and (iv) no previous extension of time has been sought by Defendant.

Dated:  November 14, 2017            *s/ Philip N. Boggia*
                                                      PHILIP N. BOGGIA
                                                      Attorney ID: 013391978

PHILIP N. BOGGIA, ESQ.
BOGGIA & BOGGIA, LLC
71 Mt. Vernon Street
Ridgefield Park, New Jersey 07660
Tel: (201) 641-0006
Fax: (201) 641-6649
Attorneys for Defendant Borough of Montvale

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, INC., SARAH BERGER, MOSES BERGER, CHAIM BREUER, JOEL FRIEDMAN, ARYA RABINOVITS, YOSEF ROSEN, and TZVI SCHONFELD,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOROUGH OF MONTVALE,<br><br>Defendant. | Civil Action No. 2:17-cv-08632<br><br>ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)<br><br>Filed Electronically |

**IT IS HEREBY ORDERED** that the time within which Defendant Borough of Montvale ("Defendant") may file an Answer or otherwise respond to Plaintiff's Complaint is extended for a period of fourteen (14) days from November 14, 2017 until November 28, 2017 and, thus, Defendant shall file its response on or before November 28, 2017.

                                                                             WILLIAM T. WALSH
                                                                             Clerk, U.S. District Court
                                                                             District of New Jersey

                                                     By:_____
                                                            Deputy Clerk

Dated: November ____, 2017