**UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF NEW JERSEY**

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, INC., SARAH BERGER, MOSES BERGER, CHAIM BREUER, JOEL FRIEDMAN, ARYA RABINOVITS, YOSEF ROSEN, and TZVI SCHONFELD,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE BOROUGH OF MONTVALE,<br><br>　　　　　　　Defendant. | Civil Action No. 2:17-cv-08632<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT |

**IT IS HEREBY STIPULATED** that the time in which Defendant THE BOROUGH OF MONTVALE may Answer, Move or Otherwise Respond to Plaintiff's Complaint is hereby extended up through and including December 28, 2017.


BOGGIA & BOGGIA, LLC                          WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendant                           Attorneys for Plaintiffs


*s/ Philip N. Boggia*                                    *s/ Yehudah Buchweitz*
By: Philip N. Boggia, Esq.                         By: Yehudah Buchweitz
BOGGIA & BOGGIA, LLC                         WEIL, GOTSHAL & MANGES LLP
71 Mt. Vernon Street                                 767 Fifth Avenue
Ridgefield Park, New Jersey 07660           New York, New York 10153
Tel: (201) 641-0006                                   Tel: (212) 310-8256
Fax: (201) 641-6649                                  Fax: (212) 310-8007


Dated: November 28, 2017