**UNITED STATES DISTRICT COURT
FOR THE DISTICT OF NEW JERSEY**

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, INC., SARAH BERGER, MOSES BERGER, CHAIM BREUER, JOEL FRIEDMAN, ARYA RABINOVITS, YOSEF ROSEN, and TZVI SCHONFELD,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE BOROUGH OF MONTVALE,<br><br>　　　　　　　　Defendant. | Civil Action No. 2:17-cv-08632<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT |

**IT IS HEREBY STIPULATED** that the time in which Defendant THE BOROUGH OF MONTVALE may Answer, Move or Otherwise Respond to Plaintiff's Complaint is hereby extended up through and including January 31, 2018.

| | |
|---|---|
| BOGGIA & BOGGIA, LLC<br>Attorneys for Defendant | WEIL, GOTSHAL & MANGES LLP<br>Attorneys for Plaintiffs |
| *s/ Philip N. Boggia*<br>By: Philip N. Boggia, Esq.<br>BOGGIA & BOGGIA, LLC<br>71 Mt. Vernon Street<br>Ridgefield Park, New Jersey 07660<br>Tel: (201) 641-0006<br>Fax: (201) 641-6649 | *s/ Yehudah Buchweitz*<br>By: Yehudah Buchweitz<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8256<br>Fax: (212) 310-8007 |

Dated: December 27, 2017