UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, INC., SARAH BERGER, MOSES BERGER, CHAIM BREUER, JOEL FRIEDMAN, ARYA RABINOVITS, YOSEF ROSEN, and TZVI SCHONFELD,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOROUGH OF MONTVALE,<br><br>Defendant. | Civ. No. 2:17-CV-08632-JMV-CLW<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT |

**IT IS HEREBY STIPULATED** that the time in which Defendant THE BOROUGH OF MONTVALE may Answer, Move, or Otherwise Respond to Plaintiff's Complaint is hereby extended up through and including February 13, 2018.

BOGGIA & BOGGIA, LLC
Attorneys for Defendant

/s/ Philip N. Boggia
By: Philip N. Boggia, Esq.
BOGGIA & BOGGIA, LLC
71 Mt. Vernon Street
Ridgefield Park, New Jersey 07660
Tel: (201) 641-0006
Fax: (201) 641-6649

WEIL, GOTSHAL & MANGES LLP
Attorneys for Plaintiffs

By: Yehudah Buchweitz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8256
Fax: (212) 310-8007

Dated: January 31, 2018

**So Ordered:**

_____
Judge John Michael Vazquez, U.S.D.J.

2/1/18
**Date**