**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BERGEN ROCKLAND ERUC ASSOCIATION INC, *et al*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE BOROUGH OF MONTVALE,<br><br>    *Defendant*. | Civil Action No. 17-8632<br><br>**ORDER** |

    The Court is in receipt of Plaintiffs' letter dated February 14, 2018 (D.E. 15) informing the Court that the parties have entered into a Settlement Agreement ("Agreement") resolving all claims against Defendant in the underlying matter. The parties request that the Court retain jurisdiction to enforce the terms of the Agreement if necessary. As a result, and for good cause shown,

    IT IS on the 15th day of February, 2018,

    **ORDERED** that the Court will retain jurisdiction over the enforcement of the Settlement Agreement; and it is further

    **ORDERED** that the Clerk of the Court shall close this matter; and it is further

    **ORDERED** that if either party wishes to reopen the matter in order to enforce the Settlement Agreement, the party shall submit a letter to the docket requesting that the matter be reopened.

                                                                 John Michael Vazquez, U.S.D.J.